164 So.2d 357

**Edolia Doucet THOMAS et al.**

**v.**

**HARTFORD ACCIDENT AND INDEMNITY COMPANY and Central Louisiana Electric Company.**

No. 47285.

May 27, 1964.

In re: Edolia Doucet Thomas et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 162 So.2d 391.

Writ refused. According to the facts found by the Court of Appeal, we find no error of law in the judgment of the Court of Appeal.

164 So.2d 358

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS**

**v.**

**Frank B. TREAT, Sr.**

No. 47288.

May 27, 1964.

In re: Frank B. Treat, Sr. applying for certiorari, or writ of review, to the Court of

Appeal, Second Circuit, Parish of Webster. 163 So.2d 578.

Writ denied. No error of law under the facts found by the Court of Appeal.